NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MONOLITHIC POWER SYSTEMS, INC.,**
*Plaintiff-Counterclaim Defendant-Appellee,*

AND

**ASUSTEK COMPUTER INC. AND ASUSTEK COMPUTER INTERNATIONAL AMERICA,**
*Counterclaim Defendants-Appellees,*

v.

**O2 MICRO INTERNATIONAL LTD.,**
*Defendant-Counterclaimant-Appellant.*

---

2012-1221

---

Appeal from the United States District Court for the Northern District of California in case no. 08-CV-04567, Judge Claudia Wilken.

---

ON MOTION

---

# ORDER

O2 Micro International Ltd. (O2) moves without opposition to deactivate this appeal, pending disposition of appellees' post-judgment motion for recalculation of fees

and costs. O2 also moves without opposition for an extension of time to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to deactivate this appeal is granted. O2 shall promptly notify this court once the post-judgment motion has been decided.

(2) The motion for an extension of time is moot.

FOR THE COURT

APR 23 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John R. Alison, Esq.
    Dan L. Bagatell, Esq.
    Edward R. Reines, Esq.

s23

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 23 2012

JAN HORBALY
CLERK